# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

| | |
|---|---|
| Michele Ferra,<br><br>     Plaintiff,<br><br>v.<br><br>Viking Collection Service, Inc.,<br><br>     Defendant. | Case No. 09-C-0379<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:＿＿＿/s/ Timothy J. Sostrin＿＿
     Timothy J. Sostrin
     Attorney for Plaintiff
     The Sears Tower, Suite 5150
     Chicago, IL 60606
     Telephone: 1.866.339.1156
     tjs@legalhelpers.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2009, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail:

Viking Collection Service, Inc.
7500 Office Ridge Circle, Suite 100
Eden Prairie, MN 55344

/s/ Timothy J. Sostrin